AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Bryan C. Mileikis | ) | Case No. |
| | ) | 20-mj-7148-JCB |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 25, 2018-June 11, 2019 in the county of Barnstable in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s. 2252A(a)(2)(A) | Receipt of Child Pornography |
| 18 U.S.C. s. 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See affidavit of HSI Special Agent Jason DeFreitas attached hereto.

☑ Continued on the attached sheet.

*Complainant's signature*

JASON J. DEFREITAS
*Printed name and title*

Subscribed and sworn to telephonically in accordance with Fed. R. Crim. P. 4.1. on June 30, 2020.

Date: 06/30/2020

*Judge's signature*

City and state: Boston, MA   JENNIFER C. BOAL, U.S. MAGISTRATE JUDGE
*Printed name and title*